# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VICTOR DWAYNE BUCHANAN                                                    PLAINTIFF

v.                             No. 4:11CV00409 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                           DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner is affirmed, and the complaint of Victor Dwayne Buchanan is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE